UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L.E.,

          Plaintiff,

    v.

UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,

          Defendants.

Case No. 25-cv-10930-SK

***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether *L.E. v. United States of America (Federal Bureau of Prisons) et al.*, No. 25-cv-10930-SK is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al.*, No. 22-cv-05137-YGR.

**IT IS SO ORDERED**.

Dated: December 23, 2025



SALLIE KIM
United States Magistrate Judge